UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>AKENTO</small> B<small>RIAN</small> S<small>MITH</small>,

   Plaintiff,

                 Case No.: 1:10-cv-1091

v.

                 HONORABLE PAUL L. MALONEY

F<small>RANK</small> S<small>TANLEY</small>,

   Defendant.

           /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #4) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that plaintiff's motion for preliminary injunction (Dkt. #3) and for joinder of Kay Foster Shabazz as plaintiff (Dkt. #3) are **DISMISSED as moot**.

Dated: March 25, 2011             /s/ Paul L. Maloney
                       Paul L. Maloney
                       Chief United States District Judge