UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>AKENTO</small> B<small>RIAN</small> S<small>MITH</small>,

    Plaintiff,

v.

    Case No. 1:10-cv-1091

    HONORABLE PAUL L. MALONEY

F<small>RANK</small> S<small>TANLEY</small>,

    Defendant.

_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing plaintiff's complaint, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against plaintiff.

Date: March 25, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge